UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL, | ) |
| and | ) |
| SHERYL HALL | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1540 (HHK) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant respectfully moves this Court for an enlargement of time of three weeks, through and including November 2, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter.  Good cause exists to grant this motion:

1.  Defendant's answer, motion or other response is due on October 12, 2006.

2.  Defense counsel seeks the additional time because she is currently out of the country and will be away from the office from October 2-13.  Also, upon her return she will be simultaneously working on several other projects including oppositions to a summary judgment motion and partial summary judgment in *Stolt-Nielsen v. DOJ*, CA 05-2217 & CA 06-474 (filed on September 27 and September 29, respectively).  These circumstances make it necessary for her to request an extension until November 2, 2006, to file a answer or otherwise respond to plaintiff's complaint in this matter.

3. Defendant therefore requests an enlargement of time within which to answer, move or otherwise respond to the Complaint, through and including November 2, 2006.

4. Pursuant to Local Rule 7.1(m), counsel for defendant has consulted with plaintiff's counsel and he has graciously given consent to the relief requested.

A proposed Order consistent with this Motion is attached.

For these reasons, defendant request that the Court grant their Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/
CHARLOTTE A. ABEL, Bar # 388582
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332