UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD HALL,** | ) |
| and | ) |
| **SHERYL HALL** | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1540 (HHK) |
| **UNITED STATES DEPARTMENT OF JUSTICE,** | ) |
| **Defendant.** | ) |

**CONSENT MOTION OF DEFENDANT
FOR A FURTHER ENLARGEMENT OF TIME
TO EXTEND TIME TO FILE AN ANSWER**

Defendant respectfully moves this Court for a further enlargement of time of one day, through and including November 3, 2006, within which to answer the Complaint in this matter. Good cause exists to grant this motion:

1. Defendant's answer, motion or other response is due on November 2, 2006.

2. Defense counsel seeks the additional time because she is scheduled to be away from the office on November 2 on personal business. This circumstances make it necessary for her to request an extension until November 3, 2006, to file a answer to plaintiff's complaint in this matter.

3. Defendant therefore requests an enlargement of time within which to answer, move or otherwise respond to the Complaint, through and including November 3, 2006.

4. Pursuant to Local Rule 7.1(m), counsel for defendant has consulted with plaintiff's

-1-

counsel and he has graciously given consent to the relief requested.

A proposed Order consistent with this Motion is attached.

For these reasons, defendant request that the Court grant their Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
CHARLOTTE A. ABEL, Bar # 388582
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332