UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL, | ) |
| and | ) |
| SHERYL HALL | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1540 (HHK) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**MOTION OF DEFENDANT
FOR A FURTHER ENLARGEMENT OF TIME
TO EXTEND TIME TO FILE AN ANSWER**

Defendant respectfully moves this Court for a further enlargement of time of two more business days, through and including November 7, 2006, within which to answer the Complaint in this matter. Good cause exists to grant this motion:

1. Defendant's answer, motion or other response is due on November 3, 2006.

2. Defense counsel drafted an answer to the complaint but was unable to verify the veracity of certain factual allegations and found it necessary to confer with agency counsel. Agency counsel was unexpectedly absent due to family illness and was not available to give his full time and attention to this matter. In addition, defense counsel was unable to obtain copies of documents necessary in order to verify the accuracy of some of the factual allegations in the complaint. As a result, undersigned counsel does not have sufficient information to be able to answer the complaint.

This circumstances make it necessary for her to request an extension of two more business day, until November 7, 2006, to file a answer to plaintiff's complaint in this matter.

3. Defendant therefore requests an enlargement of time within which to answer, move or otherwise respond to the Complaint, through and including November 7, 2006.

4. Pursuant to Local Rule 7(m), counsel for defendant attempted to consult with plaintiff's counsel via telephone but he was unavailable due to the lateness of the hour.

A proposed Order consistent with this Motion is attached.

For these reasons, defendant requests that the Court grant it's Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.

Respectfully submitted,

\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
United States Attorney

\_\_\_\_/s/_____
CHARLOTTE A. ABEL, Bar # 388582
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332