UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL, | ) |
| and | ) |
| SHERYL HALL | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1540 (HHK) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

## O R D E R

Upon consideration of Defendant's Motion for an Extension of Time in which to Answer or Otherwise Respond to the Complaint, it is on this _____ day of _____, for good cause shown,

ORDERED: that Defendant's Motion for an Extension of Time in which to Answer or Otherwise Respond to the Complaint is GRANTED;

It is FURTHER ORDERED: that defendant shall have up to and including November 7, 2006, to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE