UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL, | ) |
| and | ) |
| SHERYL HALL | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1540 (HHK) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**ANSWER**

1-2.  Defendant admits that the Court has personal jurisdiction and that venue is proper. Defendant lacks sufficient information to know whether the Court has subject matter jurisdiction.

3.  The Bureau of Alcohol, Tobacco and Firearms (ATF) lacks information sufficient to form a belief as to the truth of the matters asserted in the first sentence of the third paragraph. ATF admits the remaining portions of ¶ 3.

4.  Admit except that defendant does not have all the records that plaintiffs seek.

5.  The Court is referred to the cited documents for a full and accurate statement of their contents but defendant admits that items one through eight in ¶5 appear to be a recitation of the contents of plaintiffs' FOIA request to the defendant.

6.  Admit.

7. Defendant lacks sufficient information to know what plaintiffs did after receiving defendant's January 18, 2006 letter. There is apparently no documentary evidence of plaintiff's alleged initial communication about a fee category.

8. Admit.

9. Admit except that defendant did not claim Exemption 1.

10. Admit except that the Court is referred to the cited document for a full and accurate statement of its content.

11. Defendant admits that on May 15, 2006, it received an appeal from plaintiffs dated May 9, 2006.

12. Admit.

13. Admit.

14. Admit.

15. Defendant admits that plaintiffs constructively exhausted a portion of their FOIA request. Plaintiff declined to pay fees for the remainder of the request.

## COUNT I
(Alleged Violation of the FOIA)

16. ATF incorporates its responses to the allegations in ¶¶ 1-15.

17. Denied. Defendant has properly claimed exemptions to the FOIA under Exemptions 2, 5, and 6. 5 U.S.C. § 552(b)(2), (b)(5) and (b)(6).

The rest of the Complaint contains plaintiffs' prayer for relief, to which no response is required. To the extent that a response is required, defendant denies that plaintiffs are entitled to

the relief prayed for or any relief whatsoever. All allegations not specifically admitted herein are denied.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


  /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


  /s/
CHARLOTTE A. ABEL, Bar # 388582
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332