**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD HALL, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

C.A. No. 1:06CV01540 (HHK)

**PLAINTIFFS' MOTION TO COMPEL DEFENDANT**
**TO PRODUCE VAUGHN INDEX**

Plaintiffs, by counsel, hereby move to compel Defendant U.S. Department of Justice to produce a *Vaughn* index in the above captioned matter. As grounds therefor, Plaintiffs state as follows:

**MEMORANDUM OF LAW**

This is a Freedom of Information Act ("FOIA") case filed on August 31, 2006 pursuant to 5 U.S.C. § 552. Plaintiffs filed this suit because Defendant failed to timely respond to a FOIA appeal challenging the withholding of various documents responsive to Plaintiffs' December 28, 2005 FOIA request.

After requesting and receiving three (3) extensions of time, Defendant filed its Answer on November 7, 2006. When Plaintiffs agreed to these extensions, counsel also agreed that they would confer on a briefing schedule for dispositive motions, which, in the normal course, includes submission of a *Vaughn* Index. Since that time, Plaintiffs have made repeated efforts to contact counsel for Defendant to try and work out a time table for dispositive motions and for Defendant to provide a *Vaughn* Index to Plaintiffs explaining its withholdings of documents

responsive to Plaintiffs' FOIA request.  Specifically, counsel for Plaintiffs sent e-mails to

Charlotte Abel, counsel for Defendant, on November 29, 2006 and December 21, 2006, seeking

to draft a stipulation establishing a briefing schedule in this matter.  *See* Exhibit 1.  As of January

3, 2007 however, Ms. Abel has failed to respond to Plaintiffs' e-mails or to communicate with

Plaintiffs in any way regarding this case.

     The FOIA provides a framework of liberal disclosure for agency records and "provides

that all documents are available to the public unless specifically exempted by the Act itself."

*Vaughn v. Rosen*, 484 F.2d 820, 823 (D.C. Cir. 1973) (footnote omitted).  Exemptions from

disclosure "must be construed narrowly, in such a way as to provide the maximum access

consonant with the overall purpose of the Act."  *Id.*  Since *Vaughn* was decided, federal agencies

have met this burden by providing Plaintiffs with a declaration or index that provides "detailed

justification" and "[s]pecificity, [s]eparation, and [i]ndexing" of its claimed exemptions.  *Id.* at

826-27.

     At this juncture, Plaintiffs seek nothing more than to obtain a *Vaughn* Index from

Defendant explaining its withholdings in this matter.  This will enable both Plaintiffs and the

Court to assess the validity of Defendant's claims of exemption.  However, neither Plaintiffs nor

the Court can begin to make such a determination until Defendant provides Plaintiffs with the

*Vaughn* Index it is clearly entitled to under the law.

     Therefore, Plaintiffs hereby request that this Court issue an order compelling Defendant

to provide Plaintiffs with a Vaughn index within 30 days.

Respectfully submitted,

JUDICIAL WATCH, INC.

Paul J. Orfanedes
D.C. Bar No. 429716


Jason B. Aldrich
D.C. Bar No. 495488
Suite 500
501 School Street, S.W.
Washington, DC 20024
(202) 646-5172

*Attorneys for Plaintiffs*


## LOCAL RULE 7.1(m) CERTIFICATE OF COUNSEL

I certify that on December 21, 2006, I contacted opposing counsel, by e-mail, to confer on the foregoing motion.  To date, opposing counsel has failed to respond.

Paul J. Orfanedes

3

**EXHIBIT 1**

**Paul Orfanedes**

| | |
|---|---|
| **From:** | Paul Orfanedes [POrfanedes@JudicialWatch.org] |
| **Sent:** | Wednesday, November 29, 2006 11:41 AM |
| **To:** | 'charlotte.abel@usdoj.gov' |
| **Subject:** | Hall v. U.S. Dep't of Justice, Case No. 06-cv-1540 (HHK) |

Ms. Abel:

We never touched base on a briefing schedule for the above-captioned FOIA matter.  Please let me know your thoughts, and I'll prepare a stipulation.  Thanks.

PJO

11/29/2006

**Paul Orfanedes**

**From:**      Paul Orfanedes [POrfanedes@JudicialWatch.org]

**Sent:**      Thursday, December 21, 2006 10:38 AM

**To:**        'charlotte.abel@usdoj.gov'

**Subject:**   Hall v. U.S. Dep't of Justice, Case No. 06-cv-1540 (HHK)

Ms. Abel:

On November 29, 2006, I sent you an e-mail inquiring about stipulating to a briefing schedule in the above-captioned matter. As I have not yet received a response, please advise me whether your client would consent to or oppose a motion by plaintiff to require production of a Vaughn index, as the complaint was filed in late August, and, other than Defendant's answer, there has been no further activity to date.

Paul J. Orfanedes
Director of Litigation
Judicial Watch, Inc.
(202) 646-5172

12/21/2006