UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL, )<br>)<br>and )<br>)<br>SHERYL HALL )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1540 (HHK) |

**O R D E R**

Upon consideration of Plaintiff's Motion to Compel Defendant to Produce Vaughn Index, and the opposition thereto, it is on this _____ day of 2007, for good cause shown,

ORDERED: that Plaintiff's Motion to Compel Defendant to Produce *Vaughn* Index is DENIED.

It is FURTHER ORDERED: that the parties shall adhere to the following briefing schedule:

| | |
|---|---|
| Defendant's dispositive motion due | February 22, 2007 |
| Plaintiff's opposition due | March 19, 2007 |
| Defendant's reply due | April 6, 2007 |

_____
UNITED STATES DISTRICT JUDGE

Case 1:06-cv-01540-HHK   Document 7-2   Filed 01/17/2007   Page 2 of 2