IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL, *et al.*,           )<br>                                           )<br>       Plaintiffs,                  )<br>                                           )<br>v.                                        )<br>                                           )<br>U.S. DEPARTMENT OF JUSTICE,  )<br>                                           )<br>       Defendant.                 )<br>_____) | C.A. No. 1:06CV01540 (HHK) |

**PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO MOTION
TO COMPEL VAUGHN INDEX**

Plaintiffs, by counsel, respectfully submit this reply to Defendant's Opposition to Motion to Compel *Vaughn* Index. As grounds therefor, Plaintiffs state as follows:

**MEMORANDUM OF LAW**

Plaintiffs dispute that their motion to compel production of a *Vaughn* index is "premature." As Plaintiffs noted in their motion, this Freedom of Information Act ("FOIA") lawsuit was filed on August 31, 2006, and Defendant, after requesting and receiving three (3) extensions of time in which to file its response to Plaintiffs' short and simple Complaint, and after agreeing to confer with Plaintiffs on a briefing schedule for dispositive motions, failed to make any effort at all to advance this litigation. Nonetheless, Plaintiffs will agree to the briefing schedule proposed in Defendant's opposition, provided that Defendant include with any dispositive motion a *Vaughn* index or other similarly detailed justification for its claims of exemption.

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ Paul J. Orfanedes
D.C. Bar No. 429716
Jason B. Aldrich
D.C. Bar No. 495488
Suite 500
501 School Street, S.W.
Washington, DC 20024
(202) 646-5172

*Attorneys for Plaintiffs*