UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL and SHERYL HALL,<br><br>     Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br>     Defendant. | Civil Action 06-01540 (HHK) |

### ORDER TO COMPEL

Upon consideration of plaintiff's motion to compel defendant to produce *Vaughn* Index, and the opposition thereto, it is this 23rd day of January, 2007, for good cause shown,

**ORDERED** that plaintiff's motion to compel defendant to produce *Vaughn* Index is **DENIED,** and it is

**FURTHER ORDERED**, that the parties shall adhere to the following briefing schedule:

| | |
|---|---|
| Defendant's dispositive motion due | February 22, 2007 |
| Plaintiff's opposition due | March 19, 2007 |
| Defendant's reply due | April 6, 2007 |

**SO ORDERED.**

                Henry H. Kennedy, Jr.
                United States District Judge