HALL VAUGHN INDEX OF DELETIONS IN DISCLOSURE TO PLAINTIFF
FROM BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

| Page Number(s) | Description | Exemption Claimed | Justification |
|---|---|---|---|
| 1-11 | ATF Report of Investigation (Law Enforcement) #20050009 – Hall, Sheryl – Cover Sheet | (b) (6) | Third party signature contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 2 | ATF Report of Investigation (Law Enforcement) #20050009 – Hall, Sheryl - Index | (b) (2) (b) (6) | Internal codes related solely to the internal rules and practice of ATF. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 3-5 | Memorandum | Released in Full | N/A |
| 6 | Receipt of Documents Coversheet | Released in Full | N/A |
| 7 | ATF F 8600.36 – Investigation Coversheet | Released in Full | N/A |
| 8-17 | ATF Report of Investigation (Law Enforcement) #20050009 – Hall, Sheryl - Index | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 18 | Exhibit List | (b) (6) | Third party name contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 19-20 | E-mail | (b) (5) (b) (6) | Inter-agency document which is subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 21-98 | Internal Memorandum regarding preliminary investigation | (b)(2) (b) (5) (b) (6) | Internal information related to infrastructure disclosure of which could lead to potential circumvention of ATF operations. Inter-agency document which is subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |

| 99 | Investigative Report | (b) (6) | Third party name contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| --- | --- | --- | --- |
| 100 | Affidavit | (b) (6) | Third party signature contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 101-102 | Affidavit | Released in Full | N/A |
| 103-132 | Various E-mails | (b)(2) (b) (5) (b) (6) | Internal codes related solely to the internal rules and practice of ATF. Internal information related to infrastructure disclosure of which could lead to potential circumvention of ATF operations. Inter-agency document which is subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 133-134 | Incident Report | (b) (2) (b) (6) | Internal codes related solely to the internal rules and practice of ATF. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 135 | E-mail | (b) (6) | Material contained in sensitive records such as personnel or medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |