U. S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Correspondence Approval and Clearance**

---

REFER TO: 06-394
122000

Days -18
Pages - 0
Code - 60

Donald Hall
309 N. Fillmore St.
Arlington, VA 22201

JAN 18 2006

Dear Mr. Hall:

This is in response to your December 28, 2005, Freedom of Information Act (FOIA) request, for access to certain information you believe is maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

It is unclear to which FOIA category your request would apply to. Please choose a fee category and unless you choose the commercial use fee category, please state how you intend to use the requested information. A summary of fee categories and our FOIA fees charged is attached for your reference. Additionally, a summary of the necessary information for a fee waiver is provided in this attachment (we note that in your initial request you seemingly state that you are willing to pay up to $500.00 worth of copying costs).

We will hold your request open for ten business days while awaiting your response to this letter. If you decide to respond after the ten business days, we will assign a new reference number.

Sincerely yours,

JR

Johnny Rosner
Disclosure Specialist

**EXHIBIT B**

| Code | Initiator | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer |
|---|---|---|---|---|---|---|---|
|  | 100060 | 100060 |  |  |  |  |  |
| Surname | Rosner | APG |  |  |  |  |  |
| Date | 1-18-06 | 1/18/06 |  |  |  |  |  |

*U.S. Government Printing Office: 2005—310-398/92303

ATF Form 9310. 3A
Revised May 2004