U. S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Correspondence Approval and Clearance**

FEB 2 3 2006

REFER TO: 06-606 AG
100060

Mr. Paul J. Orfanedes
Judicial Watch
501 School Street, SW
Suite 795
Washington, D.C. 20024

Dear Mr. Orfanedes:

This is in response to your duplicate letter of February 10, 2006 with authorization from your clients Mr. Donald Hall and Mrs. Sheryl Hall, relative to Mr. Hall's initial Freedom of Information Act (FOIA) request to the Bureau of alcohol, Tobacco, Firearms and Explosives (ATF) for access to information maintained by ATF relative to ROI # 2005009.

On January 18, 2006, we asked that Mr. Hall to define a requester category. To date we have not had a response from him. You state in your letter that Mr. Hall "selected a category and provided the requested information to ATF" and has not heard from us.

The status of Mr. Hall's request is that; we are awaiting his response to our letter of January 18, 2006. You letter does not mention the category either, so until we get a requester category we can take no action.

Our fax number is (202) 927-8866 Mr. Hall may fax his response to us. Should you have any questions do not hesitate to write, or call at (202) 927-8480.

Sincerely yours,

(Signed) Averill P. Graham

Averill P. Graham
Chief, Disclosure Division

**EXHIBIT G**

| Code | Initiator | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer |
|---|---|---|---|---|---|---|---|
| Surname | | | | | | | |
| Date | | | | | | | |

*U.S. Government Printing Office. 2005—310-398/92300

ATF Form 9310. 3A
Revised May 2004