**U. S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Correspondence Approval and Clearance

REFER TO: 06-665
100060

Paul J. Orfanedes
Judicial Watch
501 School Street, S.W., Suite 725
Washington, D.C. 20024

APR 1 2006

Dear Mr. Orfanedes:

We are writing to inform you regarding your request, on behalf of Donald and Sheryl Hall, for access to information you believe is maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). Your perfected request was received in our office on March 6, 2006. We have not as yet completed the processing of our response regarding this matter. We anticipate our response date to be May 1, 2005, and will do all we can to meet this date.

We apologize for the delay and will do everything possible to expedite your request.

Sincerely,

*JR*

Johnny Rosner
Disclosure Specialist

**EXHIBIT I**

| Code | Initiator | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer |
|---|---|---|---|---|---|---|---|
| Surname | | | | | | | |
| Date | | | | | | | |

U S Government Printing Office 2005—310-398/92303

ATF Form 9310. 3A
Revised May 2004