U. S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Correspondence Approval and Clearance**

---

APR 11 2006

REFER TO: 06-665
100060

Paul J. Orfanedes
Judicial Watch
501 School Street, S.W., Suite 725
Washington, D.C. 20024

Dear Mr. Orfanedes:

This is in further response to your Freedom of Information Act (FOIA) request, on behalf of Donald and Sheryl Hall. You are seeking access to information you believe is maintained by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). The information you are seeking was stated in Donald Hall's December 28, 2005, letter. Authorization for you to represent Donald Hall as well as Sheryl Hall was subsequently provided to us by you.

We are unable at this time to mail to you a final response regarding your request. However, please be assured that we are striving to fully respond to you in the shortest amount time possible. We are actively processing your request and to demonstrate our good faith we are now mailing to you all releasable information from the first 98 pages we have reviewed. Further response(s) to you regarding the remaining responsive documents will be mailed to you in the shortest time periods possible. In our final response, we will mail to you your administrative appeal rights regarding our full multi-part response.

With respect to all withholdings, we have asserted FOIA exemptions (b)(2) and/or (b)(5) and/or (b)(6). Please refer to the "Document Cover Sheet" for information regarding these FOIA exemptions.

Certain information deleted from one page was determined to be not within the scope of your request.

Finally, at this time we have not assessed you any processing fees. If you have any questions please write again.

Sincerely yours,

Johnny Rosner
Disclosure Specialist

**EXHIBIT J**

| Code | Initiator | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer |
|------|-----------|----------|----------|----------|----------|----------|----------|
|      | 100060    |          |          |          |          |          |          |
| Surname | Rosner | ✓ |  |  |  |  |  |
| Date | 4-10-06 |  |  |  |  |  |  |

*U.S Government Printing Office 2005—310-398/92303

ATF Form 9310. JA
Revised May 2004