U. S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Correspondence Approval and Clearance

REFER TO: 06-665
100060

APR 20 2006

Paul J. Orfanedes
Judicial Watch
501 School Street, S.W., Suite 725
Washington, D.C. 20024

Dear Mr. Orfanedes:

This is in final response to your Freedom of Information Act (FOIA) request, on behalf of Donald and Sheryl Hall. Our previous interim response to your request was dated April 11, 2006.

Previously, we reviewed a total of 98 pages which were responsive to item 2 of your request. All releasable information from these 98 pages was enclosed with our April 11, 2006, response.

The following further disclosure determinations have now been made. With respect to item 2 of your request, 34 additional responsive pages (numbered 99-132) can be released in full and in part. All releasable information is enclosed.

With respect to item 1 of your request, we have located 2 responsive pages (numbered 133-134). After careful review, we have determined that these two pages can be released in part. All releasable information is enclosed.

With respect to item 6 of your request, we have located certain responsive information contained on one page (number 135). After careful review, we have determined that the responsive information contained on this page can be released to you in part. It is enclosed. We should further point out, that we also deleted certain information contained on this page which was determined by us to be not within the scope of your request.

With respect to item 4 of your request, the Bureau's Office of Equal Employment Opportunity has advised us that there were no "ROI documents received by OPRSO via Tony Torres, provided to him by Lois Loser". In conclusion, with respect to item 4 of your request, the Bureau maintains no responsive records.

With respect to all withholdings, relative to our disclosure determinations made today as well as previously made on April 11, 2005, we have asserted FOIA exemptions (b)(2) and/or (b)(5) and/or (b)(6). Please refer to the "Document Cover Sheet" for information regarding these FOIA exemptions.

**EXHIBIT K**

| Code | Initiator | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer |
|---|---|---|---|---|---|---|---|
| Surname | | | | | | | |
| Date | | | | | | | |

*U. S. Government Printing Office: 2006—310-398/92303

ATF Form 9310. 3A
Revised May 2004

U. S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Correspondence Approval and Clearance**

If you disagree with our determinations, you may submit a request for an Administrative Appeal to the Office of Information and Privacy, U.S. Department of Justice, 1425 New York Avenue, Suite 11050, Washington D.C. 20530-0001. Your letter of appeal must be received within 60 days from the date of this letter, indicate that your appeal concerns ATF records, and include the "REFER TO:" number that appears at the upper right of this letter. Your letter should state any arguments in support thereof.

There are no processing fees associated with the processing of items 1, 2, 4 and 6. However, with respect to the remaining items of your request, we are unable to continue processing your request.

With respect to the remaining items of your request we must first receive from you a prepayment of processing fees (see Dept. of Justice FOIA regulations at Title 28 C.F.R, Ch.1, Subpart A, Section 16.11(i)(2)) whereby a prepayment of fees is required if the processing estimate is over $250.000) Based largely on communications between our office and the relevant ATF offices, which maintain all existing responsive records, we have estimated the processing fees to be $1,200.00. Our estimate is based on the fact that a computer search would need to be conducted on one of the remaining items of your request. (Due to the delay in mailing you a final response, we are waiving fees worth 2 days of estimated computer search time ($800.00).

Please remit to this office the sum of $1,200.00 and we will begin processing of the remaining items of your request. It should be noted that you would be responsible for paying this approximate figure, regardless of the search results. Finally, as an alternative to this arrangement, you may wish to attempt to narrow your request.

This concludes our response to your request. If you have any questions please write again.

Sincerely yours,

JR

Johnny Rosner
Disclosure Specialist

| Code | Initiator | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer |
|---|---|---|---|---|---|---|---|
| | 100060 | 100060 | | | | | |
| Surname | Rosner | APS | | | | | |
| Date | 4-20-06 | 4/20/06 | | | | | |

*U.S. Government Printing Office: 2005—310-398/92300

ATF Form 9310. 3A
Revised May 2004