

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

MAY 23 2006

Mr. Paul J. Orfanedes
Judicial Watch
501 School Street SW., Suite 500
Washington, DC 20024

     Re: Request No. 06-665

Dear Mr. Orfanedes:

     This is to advise you that your administrative appeal from the action of the Bureau of Alcohol, Tobacco, Firearms, and Explosives was received by this Office on May 15, 2006.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number 06-2014. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

                   Sincerely,

                   Priscilla Jones
                   Chief, Administrative Staff

**EXHIBIT M**

ATF