

**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (2 2) 514-3642

*Washington, D.C. 20530*

**SEP 2 7 2006**

Paul J. Orfanedes, Esq.
Judicial Watch
Suite 500                               Re:    Appeal No. 06-2014
501 School Street SW.                          Request No. 06-665
Washington, DC  20024                          KDC:ALB:CL

Dear Mr. Orfanedes:

        You appealed on behalf of your client, Donald Hall, from the action of the Bureau of
Alcohol, Tobacco, Firearms and Explosives (ATF) on his request for access to records pertaining
to ATF investigation "ROI # 2005009."

        After carefully considering your appeal, I am affirming ATF's action on your client's
request.  ATF properly withheld from your client certain information that is protected from
disclosure under the Freedom of Information Act pursuant to:

        5 U.S.C. § 552(b)(2), which concerns matters that are related solely to internal
        agency practices;

        5 U.S.C. § 552(b)(5), which concerns certain inter- and intra-agency
        communications protected by the deliberative process privilege; and

        5 U.S.C. § 552(b)(6), which concerns material the release of which would
        constitute a clearly unwarranted invasion of the personal privacy of third parties.

        With regard to the redactions on pages 9, 11, 13 and 37, this material was withheld
pursuant to 5 U.S.C. § 552(b)(6).

        If your client is dissatisfied with my action on your appeal, he may seek judicial review in
accordance with 5 U.S.C. § 552(a)(4)(B).

                                        Sincerely,

                                        Daniel J. Metcalfe
                                        Director

                                                                **EXHIBIT N**

ᴨF