IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL, *et al.*,  )<br>  )<br>        Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>U.S. DEPARTMENT OF JUSTICE,  )<br>  )<br>        Defendant.  )<br>_____) | C.A. No. 1:06CV01540 (HHK) |

**NOTICE**

EXHIBIT 1 to PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT has been lodged under seal pending the Court's ruling on Plaintiffs' motion to seal.

Respectfully submitted,
JUDICIAL WATCH, INC.

/s/ Paul J. Orfanedes
D.C. Bar No. 429716
Meredith L. Di Liberto
D.C. Bar No. 487733
Suite 500
501 School Street, S.W.
Washington, DC 20024
(202) 646-5172