IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONALD HALL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1540 (HHK) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE EXHIBIT 1 UNDER SEAL**

Plaintiffs, Donald and Sheryl Hall, by counsel, respectfully move this Court for entry of an Order granting Plaintiffs leave to file Exhibit 1 under seal.  As grounds thereof, Plaintiffs state as follows:

**MEMORANDUM OF LAW**

Pursuant to LCvR 5.1(j), Plaintiffs hereby move the Court for leave to file Exhibit 1 to their pleading entitled, "Plaintiffs' Opposition to Defendant's Motion For Summary Judgment." The exhibit consists of copies of the records produced by the U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").  Viewing the production in its entirety and in context is essential for the Court's consideration of Plaintiffs' opposition.  However, the production contains information regarding Plaintiff Sheryl Hall's employment record which, if made public, would infringe on Ms. Hall's privacy rights.

Filing Exhibit 1 under seal in no way prejudices the Defendant, nor does it place any additional burden on the Defendant.

For the foregoing reasons, Plaintiffs respectfully request entry of an Order granting them leave to file Exhibit 1 under seal.

Dated:  March 19, 2007                                                  Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ Paul J. Orfanedes
D.C. Bar No. 429716
Meredith L. Di Liberto
D.C. Bar No. 487733
Suite 500
501 School Street, S.W.
Washington, DC 20024
(202) 646-5172

## LOCAL RULE 7(m) CERTIFICATE OF COUNSEL

I certify that on March 19, 2007, I contacted opposing counsel, by telephone, to confer on the foregoing motion.  Unable to reach counsel, I left a voice mail message and followed the phone call up with an email.  Charlotte Abel, counsel for Defendant, responded by email and consented.

/s/ Meredith L. Di Liberto