IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1540 (HHK) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Unopposed Motion For Leave to File Exhibit 1 Under Seal, any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that,

1. Plaintiffs' Unopposed Motion For Leave to File Exhibit 1 Under Seal is **GRANTED**;

2. Exhibit 1 shall filed under seal.

SO ORDERED.

DATE:_____       _____
                             The Honorable Henry H. Kennedy, Jr.
                             United States District Judge