UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD and SHERYL HALL,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE,**<br><br>Defendant. | Civil Action 06-01540 (HHK) |

## ORDER TO SEAL

Upon consideration of plaintiffs' unopposed motion for leave to file Exhibit 1 under seal, any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that,

1. Plaintiffs' unopposed motion for leave to file Exhibit 1 under seal is **GRANTED**;

2. Exhibit 1 shall be filed under seal.

**SO ORDERED.**

Henry H. Kennedy, Jr.<br>United States District Judge

Dated: March 23, 2007