UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL, | ) |
|     and | ) |
| SHERYL HALL | ) |
|     Plaintiffs, | ) |
|     v. | ) Civil Action No. 06-1540 (HHK) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
|     Defendant. | ) |

MOTION OF DEFENDANT
FOR AN ENLARGEMENT OF TIME
TO FILE REPLY

Defendant respectfully moves this Court for an enlargement of time, through and including April 26, 2007, within which to reply to plaintiffs' opposition to defendant's motion for summary judgment. Good cause exists to grant this motion:

1. Defendant's reply is due on April 6, 2007.

2. Plaintiffs have opposed defendant's motion for summary judgment arguing that defendant's *Vaughn* Index, including the LaBrie Declaration, is insufficient to satisfy defendant's burden to show that it has released all non-exempt records pursuant to plaintiffs' FOIA request. Plaintiffs also argue that defendant improperly withheld records under FOIA Exemptions 5 & 6. Defense counsel has begun the process of drafting a reply but finds it necessary to confer with agency counsel in some depth about the *Vaughn* index and the LaBrie Declaration in order to

-1-

respond to plaintiffs' arguments.  Undersigned counsel has not had an opportunity to confer with agency counsel due to trial preparation in *Maiso Bryant v. Michael Leavitt*, CA 05-250 (GK).  This case goes to trial on April 16, 2007.  In addition, defendant has been simultaneously drafting briefs in *Canon v. John Snow*, CA 05-736, and in *Lowe v. Donald C. Winters*, CA 06-1803, and she has not had sufficient time to complete her analysis of plaintiffs' arguments in the instant case.  These circumstances make it necessary for her to request an extension of two weeks and four days, until April 26, 2007, to file a reply to plaintiffs' opposition.

3.  Defendant therefore requests an enlargement of time within which to submit a reply in support of its motion for summary judgment, through and including April 26, 2007.  The grounds for this length of an extension is that undersigned counsel will be in trial the week of April 16, 2007, and will be unavailable to work on the reply in the instant case.

4.  Pursuant to Local Rule 7(m), counsel for defendant consulted  with plaintiff's counsel regarding his position.  Plaintiff's counsel consented to an extension of one week until April 13, 2007.

A proposed Order consistent with this Motion is attached.

For good cause shown, defendant requests that the Court grant it's Motion for Enlargement of Time Within Which to File Reply.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar #434122
United States Attorney

       /s/
_____
CHARLOTTE A. ABEL, Bar # 388582
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332