UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL, | ) |
| and | ) |
| SHERYL HALL | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1540 (HHK) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of Defendant's Motion for an Extension of Time in which to File Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, it is on this _____ day of _____, for good cause shown,

ORDERED: that Defendant's Motion for an Extension of Time in which to File Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment is GRANTED;

It is FURTHER ORDERED: that defendant shall have up to and including April 26, 2007, to file a reply to plaintiff's opposition to defendant's motion for summary judgment.

_____
UNITED STATES DISTRICT JUDGE