UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL, | ) |
| and | ) |
| SHERYL HALL | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1540 (HHK) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

MOTION OF DEFENDANT
FOR AN ENLARGEMENT OF TIME
TO FILE REPLY

Defendant respectfully moves this Court for an enlargement of time, through and including May 4, 2007, within which to reply to plaintiffs' opposition to defendant's motion for summary judgment. Good cause exists to grant this motion:

1. Defendant's reply was due on April 6, 2007. Defendant moved for an extension of time until April 26, 2006. This motion is outstanding.

2. Plaintiffs have opposed defendant's motion for summary judgment arguing that defendant's *Vaughn* Index, including the LaBrie Declaration, is insufficient to satisfy defendant's burden to show that it has released all non-exempt records pursuant to plaintiffs' FOIA request. Plaintiffs also argue that defendant improperly withheld records under FOIA Exemptions 5 & 6. Defense counsel has conferred with agency counsel about the *Vaughn* index and the LaBrie

-1-

Declaration in order to respond to plaintiffs' arguments. Undersigned counsel has not had an opportunity to complete a reply due to trial in *Maiso Bryant v. Michael Leavitt*, CA 05-250 (GK). The trial concluded on April 26, 2007. These circumstances make it necessary for her to request an extension of an additional week, until May 4, 2007, to file a reply to plaintiffs' opposition.

Pursuant to Local Rule 7(m), counsel for defendant consulted with plaintiff's counsel via e-mail regarding his position. Plaintiff's counsel had not responded at the time of the filing of this motion.

A proposed Order consistent with this Motion is attached.

For good cause shown, defendant requests that the Court grant it's Motion for Enlargement of Time Within Which to File Reply.

Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
United States Attorney

\_\_\_/s/_____
CHARLOTTE A. ABEL, Bar # 388582
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332