**HALL VAUGHN INDEX OF DELECTIONS IN DISCLOSURE TO PLAINTIFF**
**FROM BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**

| Page Number | Description | Exemption Claimed | Justification |
|---|---|---|---|
| 1 | ATF Report of Investigation (Law Enforcement) #20050009 – Hall, Sheryl – Cover Sheet | (b) (6) | Third party signature contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 2 | ATF Report of Investigation (Law Enforcement) #20050009 – Hall, Sheryl - Index | (b) (2) (b) (6) | Internal codes related solely to the internal rules and practice of ATF. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 3 | Memorandum | Released in Full | N/A |
| 4 | Memorandum | Released in Full | N/A |
| 5 | Memorandum | Released in Full | N/A |
| 6 | Receipt of Documents Coversheet | Released in Full | N/A |
| 7 | ATF F 8600.36 – Investigation Coversheet | Released in Full | N/A |
| 8 | ATF Report of Investigation (Law Enforcement) #20050009 – Hall, Sheryl - Index | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 9 | ATF Report of Investigation (Law Enforcement) #20050009 – Hall, Sheryl - Index | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 10 | ATF Report of Investigation (Law Enforcement) #20050009 – Hall, Sheryl - Index | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 11 | ATF Report of Investigation (Law Enforcement) #20050009 – Hall, Sheryl - Index | (b) (6) | Third party names, identifying information and witness statements contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 12 | ATF Report of Investigation (Law Enforcement) #20050009 – Hall, Sheryl - Index | Released in Full | N/A |
| 13 | ATF Report of Investigation (Law Enforcement) #20050009 – Hall, Sheryl - Index | (b) (6) | Third party name contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of |

| | | | personal privacy. |
|---|---|---|---|
| 14 | ATF Report of Investigation (Law Enforcement) #20050009 – Hall, Sheryl - Index | (b) (6) | Third party names contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 15 | ATF Report of Investigation (Law Enforcement) #20050009 – Hall, Sheryl - Index | (b) (6) | Third party names contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 16 | ATF Report of Investigation (Law Enforcement) #20050009 – Hall, Sheryl - Index | (b) (6) | Third party names contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 17 | ATF Report of Investigation (Law Enforcement) #20050009 – Hall, Sheryl - Index | (b) (6) | Third party names contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 18 | Exhibit List | (b) (6) | Third party name contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 19 | E-mail | (b) (5) (b) (6) | Inter-agency e-mails containing thoughts and deliberations which are subject to a privilege because they are documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 20 | E-mail | (b) (5) (b) (6) | Inter-agency e-mails containing thoughts and deliberations which are subject to a privilege because they are documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 21 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 22 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses which are sensitive in nature and would reveal the identity of a third party. |
| 23 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a |

| | | | clearly unwarranted invasion of personal privacy. The identifying information includes interview responses which are sensitive in nature and would reveal the identity of a third party. |
|---|---|---|---|
| 24 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses which are sensitive in nature and would reveal the identity of a third party. |
| 25 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses which are sensitive in nature and would reveal the identity of a third party. |
| 26 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses which are sensitive in nature and would reveal the identity of a third party. |
| 27 | Internal Memorandum regarding preliminary investigation | (b)(2) (b) (5) (b) (6) | Internal information related to infrastructure disclosure of which could lead to potential circumvention of ATF operations. Inter-agency document entitltled "Summary of Auditor's Findings" which is subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction as it contains beliefs and thoughts of the auditors. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 28 | Internal Memorandum regarding preliminary investigation | (b)(2) (b) (5) | Internal information related to infrastructure disclosure of which could lead to potential circumvention of ATF operations. Inter-agency document entitltled "Summary of Auditor's Findings" which is subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction as it contains beliefs and thoughts of the auditors. |
| 29 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses which are sensitive in nature and would reveal the identity of a third party. |

| 30 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses which are sensitive in nature and would reveal the identity of a third party. |
|---|---|---|---|
| 31 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses which are sensitive in nature and would reveal the identity of a third party. |
| 32 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent and auditors which are sensitive in nature and would reveal the identity of a third party. |
| 33 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent and auditors which are sensitive in nature and would reveal the identity of a third party. |
| 34 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent and auditors which are sensitive in nature and would reveal the identity of a third party. |
| 35 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 36 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |

| 37 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| --- | --- | --- | --- |
| 38 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 39 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 40 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 41 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 42 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 43 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an |

| | | | auditor which are sensitive in nature and would reveal the identity of a third party. |
|---|---|---|---|
| 44 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 45 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 46 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 47 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 48 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 49 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 50 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a |

| | | | clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
|---|---|---|---|
| 51 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 52 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 53 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 54 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 55 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 56 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |

| 57 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| --- | --- | --- | --- |
| 58 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 59 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 60 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 61 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 62 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 63 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent and an |

| | | | |
|---|---|---|---|
| | | | auditor which are sensitive in nature and would reveal the identity of a third party. |
| 64 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 65 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent and an auditor which are sensitive in nature and would reveal the identity of a third party. |
| 66 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 67 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 68 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 69 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 70 | Internal Memorandum regarding preliminary investigation | (b) (5) (b) (6) | Inter-agency document which is subject to a privilege. An interview with an auditor the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction as it contains beliefs and thoughts of the auditors and would inhibit the auditor program if released. Third party names and identifying information contained in an |

| | | | investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
|---|---|---|---|
| 71 | Internal Memorandum regarding preliminary investigation | (b) (5) (b) (6) | Inter-agency document which is subject to a privilege. An interview with an auditor the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction as it contains beliefs and thoughts of the auditors and would inhibit the auditor program if released.<br>Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 72 | Internal Memorandum regarding preliminary investigation | (b) (5) (b) (6) | Inter-agency document which is subject to a privilege. An interview with an auditor the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction as it contains beliefs and thoughts of the auditors and would inhibit the auditor program if released.<br>Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 73 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 74 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 75 | Internal Memorandum regarding preliminary | (b) (6) | Third party names and identifying information contained in an |

| | investigation | | investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
|---|---|---|---|
| 76 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 77 | Internal Memorandum regarding preliminary investigation | (b) (5) (b) (6) | Inter-agency document which is subject to a privilege. Email excerpts to a Special Agent the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction as it pertains to the ATF's deliberative process in decision making. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 78 | Internal Memorandum regarding preliminary investigation | (b) (5) (b) (6) | Inter-agency document which is subject to a privilege. Email excerpts to a Special Agent the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction as it pertains to the ATF's deliberative process in decision making. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 79 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 80 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 81 | Internal Memorandum regarding preliminary | (b) (6) | Third party names and identifying information contained in an |

| | investigation | | investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
|---|---|---|---|
| 82 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 83 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 84 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 85 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 86 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 87 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 88 | Internal Memorandum regarding preliminary investigation | Released in Full | N/A |
| 89 | Internal Memorandum regarding preliminary investigation | Released in Full | N/A |
| 90 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of |

| | | | personal privacy. |
|---|---|---|---|
| 91 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 92 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 93 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 94 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 95 | Internal Memorandum regarding preliminary investigation | (b) (6) | Third party names contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 96 | Internal Memorandum regarding preliminary investigation- List of Exhibits | (b) (6) | Third party names contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 97 | Internal Memorandum regarding preliminary investigation- List of Exhibits | (b) (6) | Third party names contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 98 | Internal Memorandum regarding preliminary investigation- List of Exhibits | (b) (6) | Third party names contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 99 | Investigative Report | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. |
| 100 | Affidavit | (b) (6) | Third party signature contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 101 | Affidavit | Released in Full | N/A |
| 102 | Affidavit | Released in Full | N/A |
| 103 | Various E-mails | (b) (6) | Third party names contained in emails in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |

| 104 | Various E-mails | (b) (6) | Third party names contained in emails in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
|-----|----------------|---------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 105 | Various E-mails | (b) (6) | A third party name contained in emails in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 106 | Various E-mails | (b) (6) | Third party names contained in emails in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 107 | Various E-mails | (b) (6) | Third party names contained in emails in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 108 | Various E-mails | (b) (6) | Third party names contained in emails in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 109 | Various E-mails | (b) (6) | Third party names contained in emails in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 110 | Various E-mails | (b)(2) (b) (5) (b) (6) | Internal codes related solely to the internal rules and practice of ATF. Internal information related to infrastructure disclosure of which could lead to potential circumvention of ATF operations. Inter-agency document which is subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 111 | Various E-mails | (b) (5) (b) (6) | Inter-agency document which is subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 112 | Various E-mails | (b)(2) (b) (5) (b) (6) | Internal codes related solely to the internal rules and practice of ATF. Internal information related to infrastructure disclosure of which could lead to potential circumvention of ATF operations. Inter-agency document which is subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an |

| | | | investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
|---|---|---|---|
| 113 | Various E-mails | (b) (5) (b) (6) | Inter-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 114 | Various E-mails | (b) (5) (b) (6) | Inter-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 115 | Various E-mails | (b)(2) (b) (5) (b) (6) | Internal codes related solely to the internal rules and practice of ATF. Internal information related to infrastructure disclosure of which could lead to potential circumvention of ATF operations. Inter-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 116 | Various E-mails | (b) (5) (b) (6) | Inter-agency document which is subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 117 | Various E-mails | (b)(2) (b) (5) (b) (6) | Internal codes related solely to the internal rules and practice of ATF. Internal information related to infrastructure disclosure of which could lead to potential circumvention of ATF operations. Inter-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 118 | Various E-mails | (b) (5) (b) (6) | Inter-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon |

| | | | |
|---|---|---|---|
| | | | the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 119 | Various E-mails | (b) (5) (b) (6) | Inter-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 120 | Various E-mails | (b) (5) (b) (6) | Inter-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 121 | Various E-mails | (b)(2) (b) (5) | Internal codes related solely to the internal rules and practice of ATF. Internal information related to infrastructure disclosure of which could lead to potential circumvention of ATF operations. Inter-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. |
| 122 | Various E-mails | (b)(2) (b) (5) | Internal codes related solely to the internal rules and practice of ATF. Internal information related to infrastructure disclosure of which could lead to potential circumvention of ATF operations. Inter-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. |
| 123 | Various E-mails | (b)(2) (b) (5) | Internal codes related solely to the internal rules and practice of ATF. Internal information related to infrastructure disclosure of which could lead to potential circumvention of ATF operations. Inter-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. |
| 124 | Various E-mails | (b)(2) (b) (5) (b) (6) | Internal codes related solely to the internal rules and practice of ATF. Internal information related to infrastructure disclosure of which could lead to potential circumvention of ATF operations. Inter-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. |

| | | | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
|---|---|---|---|
| 125 | Various E-mails | (b) (5) (b) (6) | Inter-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 126 | Various E-mails | (b) (5) (b) (6) | Inter-agency emails and documents regarding the deliberative process as to agency contracting which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 127 | Various E-mails | (b) (5) (b) (6) | Inter-agency emails and documents regarding the deliberative process as to agency contracting which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 128 | Various E-mails | (b) (5) (b) (6) | Inter-agency emails and documents regarding the deliberative process as to agency contracting which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 129 | Various E-mails | (b) (5) (b) (6) | Inter-agency emails and documents regarding the deliberative process as to agency contracting which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 130 | Various E-mails | (b) (5) (b) (6) | Inter-agency emails and documents regarding the deliberative process as to agency contracting which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the |

| | | | |
|---|---|---|---|
| | | | development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 131 | Various E-mails | (b) (5) (b) (6) | Inter-agency emails and documents regarding the deliberative process as to agency contracting which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 132 | Various E-mails | (b) (5) (b) (6) | Internal codes related solely to the internal rules and practice of ATF. Internal information related to infrastructure disclosure of which could lead to potential circumvention of ATF operations. Inter-agency document which is subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 133 | Incident Report | (b) (2) (b) (6) | Internal codes related solely to the internal rules and practice of ATF, including statistical information.  Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  Identifying information includes sensitive information about an investigation which if released would constitute an invasion of personal privacy. |
| 134 | Incident Report | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |
| 135 | E-mail | (b) (6) | The top portion of this document was not responsive to the FOIA request.  Material contained in sensitive records such as personnel files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. |