UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD and SHERYL HALL,<br><br>             Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>             Defendant. | Civil Action 06-01540 (HHK) |

## ORDER

In a minute order entered on May 22, 2007, this court granted defendant's motion entitled MOTION OF DEFENDANT FOR AN ENLARGEMENT OF TIME TO FILE REPLY [#15]. In this motion, defendant requested an extension of time until May 4, 2007 in which to file its reply to plaintiff's opposition to defendant's motion for summary judgment. The May 22, 2007 minute order incorrectly states that defendant had until April 26, 2007 to file its reply.

Accordingly, this 4th day of February, 2008, it is hereby

**ORDERED** that defendant had up to and until May 4, 2007 within which to file its reply to plaintiff's opposition to its motion for summary judgment.

Henry H. Kennedy, Jr.
United States District Judge