UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL, | ) |
| and | ) |
| SHERYL HALL | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1540 (HHK) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

NOTICE OF FILING JOINT PROPOSED
CASE MANAGEMENT PLAN AND BRIEFING SCHEDULE

  Pursuant to the Court's Memorandum Opinion and Order dated May 14, 2008 [Dk. # 18], the parties propose that the case be managed by affording defendant the opportunity to address the outstanding issues identified by the Court. The parties propose that the Court impose a briefing schedule which permits the defendant to file an amended motion for summary judgment together with additional affidavit(s) and an amended *Vaughn* index, if necessary. The parties propose that the plaintiff be given the opportunity, in turn, to oppose the amended motion and that defendant be given an opportunity to file a reply. At the Plaintiff's request, Defendant agrees to release the amended *Vaughn* index and supplemental affidavits, if any, in advance of the filing of its motion. The parties propose the following briefing schedule:

Dispositive motions due: July 25, 2008

Oppositions due: August 22, 2008

Replies due: September 5, 2008

A proposed order consistent with this proposed briefing schedule is attached.

Respectfully submitted,

| | /s/ |
|---|---|
| Paul J. Orfanedes, D.C. Bar # 429716 | CHARLOTTE A. ABEL, D.C. Bar #388582 |
| JUDICIAL WATCH, INC. | Assistant United States Attorney |
| 501 School Street, S.W. | Judiciary Center Building |
| Suite 500 | 555 4th Street, N.W. |
| Washington, D.C. 20024 | Washington, D.C. 20530 |
| (202) 646-5172 | (202) 307-2332 |