UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL, | ) |
| and | ) |
| SHERYL HALL | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1540 (HHK) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's Memorandum Opinion and Order dated May 14, 2008 [Dk. # 18], and upon consideration of the Parties' Joint Proposed Case Management Plan, it is on this _____ day of _____, 2008,

ORDERED: that the parties adhere to the following briefing schedule.

Dispositive motions due:  July 25, 2008

Oppositions due:  August 22, 2008

Replies due:  September 5, 2008

_____
Henry H. Kennedy, Jr.
UNITED STATES DISTRICT JUDGE