# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD HALL,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **SHERYL HALL** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 06-1540 (HHK)** |
| | ) |
| **UNITED STATES DEPARTMENT** | ) |
| **OF JUSTICE,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ERRATA

_____Defendant inadvertently filed a version of the Parties' Joint Proposed Case Management Plan and Briefing Schedule that was unsigned by Plaintiff's counsel.  Attached is an amended copy signed by Mr. Orfanedes.


_____/s/_____

CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332