UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL, </br></br> and </br></br> SHERYL HALL </br></br> Plaintiffs, </br></br> v. </br></br> UNITED STATES DEPARTMENT </br> OF JUSTICE, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 06-1540 (HHK) </br> ) </br> ) </br> ) </br> ) |

**FILED**

**JUN 1 0 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRIEFING SCHEDULE

_____Pursuant to the Court's Memorandum Opinion and Order dated May 14, 2008 [Dk. # 18], and upon consideration of the Parties' Joint Proposed Case Management Plan, it is on this __9th__ day of __June__, 2008,

ORDERED: that the parties adhere to the following briefing schedule.

Dispositive motions due: July 25, 2008

Oppositions due: August 22, 2008

Replies due: September 5, 2008

Henry H. Kennedy, Jr.
UNITED STATES DISTRICT JUDGE