UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL, | ) |
| and | ) |
| SHERYL HALL | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1540 (HHK) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**JOINT MOTION
TO ALTER OR AMEND BRIEFING SCHEDULE**

The parties move this Court for a modification of the current briefing schedule. This is a FOIA lawsuit in which the plaintiffs seek disclosure of a Report of Investigation and related documents from the Bureau of Alcohol, Tobacco, Firearms and Explosives. The defendant moved for summary judgment. The Court denied the defendant's motion and directed the parties to submit a joint proposed case management plan. The Court then entered the parties' proposed briefing schedule which provides for dispositive motions to be filed by July 25, 2008, oppositions by August 22, 2008, and replies by September 5, 2008. [Dk. # 21].

On July 23, 2008, the defendant produced an amended Vaughn index in anticipation of re-filing its motion for summary judgment on July 25. However, in the interim, on July 23 and 24, the parties conferred regarding the revised Vaughn index and the current briefing schedule. After discussion on July 25, the parties agreed that modification of the briefing schedule will benefit both

-1-

sides and will, in the long run, promote judicial economy. Modification of the briefing schedule will allow defendant to produce a supplemental affidavit in advance of filing of its dispositive motion which will help clarify for the plaintiff what contested issues remain.

WHEREFORE, the parties propose that the briefing schedule entered by the Court on June 10, 2008 [Dk. # 21] be amended to provide for the filing of dispositive motions on August 22, 2008, oppositions by September 25, 2008, and replies by October 15, 2008.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,

___/s/_____  
Paul J. Orfanedes, D.C. Bar # 429716  
JUDICIAL WATCH, INC.  
501 School Street, S.W.  
Suite 500  
Washington, D.C. 20024-2754  
(202) 646-5199

___/s/_____  
JEFFREY A. TAYLOR, D.C. Bar # 498610  
United States Attorney

___/s/_____  
CHARLOTTE A. ABEL, Bar # 388582  
Assistant United States Attorney  
United States Attorney's Office  
Civil Division  
555 4th Street, N.W.  
Washington, D.C. 20530  
(202) 307-2332