UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD HALL,** | ) |
| and | ) |
| **SHERYL HALL** | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1540 (HHK) |
| **UNITED STATES DEPARTMENT OF JUSTICE,** | ) |
| Defendant. | ) |

PROPOSED AMENDED BRIEFING SCHEDULE

_____ Upon consideration of the parties' Joint Motion to Alter or Amend Briefing Schedule, it is on this _____ day of _____, 2008,

ORDERED: that the parties adhere to the following briefing schedule.

Dispositive motions due: August 22, 2008

Oppositions due: September 25, 2008

Replies due: October 15, 2008

_____
Henry H. Kennedy, Jr.
UNITED STATES DISTRICT JUDGE