IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL )<br>)<br>and )<br>)<br>SHERYL HALL. )<br>)<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>      Defendant. )<br>_____) | Civil Action No. 06-1540 (HHK) |

**PLAINTIFF'S UNOPPOSED MOTION TO ALTER OR
AMEND BRIEFING SCHEDULE**

Plaintiff, by counsel, respectfully submits this motion to modify the current briefing schedule. As grounds therefor, Plaintiff state as follows:

**MEMORANDUM OF LAW**

This is a Freedom of Information Act ("FOIA") lawsuit in which the plaintiffs seek disclosure of a Report of Investigation and related documents from the Bureau of Alcohol, Tobacco, Firearms and Explosives. The defendant moved for summary judgment. The Court denied the defendant's motion and directed the parties to submit a joint proposed case management plan. The Court then entered the parties' proposed briefing schedule, which originally provided for any dispositive motions to be filed by July 25, 2008.

On July 23, 2008, the defendant produced an amended Vaughn index in anticipation of filing its motion for summary judgment on July 25, 2008. However, during discussions on July 23-25, 2008, the parties conferred regarding the revised Vaughn index and the briefing schedule and agreed

that modification of the briefing schedule would benefit both parties, and in the long run promote judicial economy. During these discussions, Defendant stated that it would produce a supplemental affidavit in advance of filing its dispositive motion to help clarify for Plaintiff what contested issues remain. The parties then requested that the Court modify the briefing schedule to allow for dispositive motions to be filed on August 22, 2008. The Court granted the parties' joint motion on July 29, 2008.

Since that time, Defendant has provided Plaintiff with a supplemental affidavit, however, production of the affidavit took longer than the parties originally anticipated. Therefore, Plaintiff hereby requests one additional week to conclude any negotiations regarding Plaintiff's FOIA request and to file any dispositive motion. Counsel for Plaintiff has conferred with Defendant concerning this motion, and Defendant consents to the requested relief.

WHEREFORE, Plaintiff requests that the briefing schedule entered by the court on July 29, 2008 be further amended to provide for the filing of dispositive motions on August 29, 2008, oppositions by October 2, 2008, and replies by October 22, 2008.

A proposed Order consistent with this motion is attached.

Respectfully submitted,

/s/ Jason B.Aldrich
D.C. Bar No. 495488
Suite 500
501 School Street, S.W.
Washington, DC  20024
Tel:    (202) 646-5172
Fax:    (202) 646-5199

Attorney for Plaintiffs