IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL ) | |
| ) | |
| and ) | |
| ) | |
| SHERYL HALL. ) | Civil Action No. 06-1540 (HHK) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PROPOSED ORDER**

Upon consideration of the Plaintiff's motion to alter or amend the briefing schedule, it is

on this _____ day of _____, 2008,

ORDERED that the parties adhere to the following briefing schedule.

Dispositive Motions due: August 29, 2008.

Oppositions due: October 2, 2008.

Replies due: October 22, 2008.

_____
Henry H. Kennedy, Jr.
UNITED STATES DISTRICT JUDGE