IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| DONALD HALL ) <br> ) <br> and ) <br> ) <br> SHERYL HALL. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 06-1540 (HHK) |

## ORDER

Upon consideration of the Plaintiff's motion to alter or amend the briefing schedule, it is on this __25th__ day of __August__, 2008,

ORDERED that the parties adhere to the following briefing schedule.

Dispositive Motions due: August 29, 2008.

Oppositions due: October 2, 2008.

Replies due: October 22, 2008.

*Henry Kennedy, Jr.*
Henry H. Kennedy, Jr
UNITED STATES DISTRICT JUDGE