UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL,                     )<br>                                            )<br>       and                              )<br>                                            )<br>SHERYL HALL                    )<br>                                            )<br>       Plaintiffs,                    )<br>                                            )<br>       v.                                )<br>                                            )<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE,                         )<br>                                            )<br>       Defendant.                  )<br>_____) | Civil Action No. 06-1540 (HHK) |

## O R D E R

Upon consideration of Defendant's Motion for Reconsideration, and the opposition thereto, if any, it is on this _____ day of 2008, for good cause shown,

ORDERED: that Defendant's Motion for Reconsideration is GRANTED.

It is FURTHER ORDERED: that the Court will reconsider its May 14, 2008 decision and permit DOJ to continue to withhold, pursuant to Exemption 6, the names inadvertently revealed in other, non-redacted portions of the FOIA release.

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE