**HALL VAUGHN INDEX OF DELECTIONS IN DISCLOSURE TO PLAINTIFF
FROM BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**

| Page Number | Description | Exemption Claimed | Justification |
|---|---|---|---|
| 19-20 | One E-mail (two pages) | (b) (5)<br>(b) (6) | This email regards a referral fro m one internal ATF office to another about potential bookkeeping discrepancies and then other internal ATF offices discussing if the matter should be handled through an official internal affairs investigation or through other means. These were predecisional communications on what direction and who should be involved in addressing the discrepancies. **Exemption (b) (5)**<br><br>Intra-agency e-mail containing thoughts and deliberations which are subject to a privilege because they are documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction.  **Exemption (b) (5)**<br><br>Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. **Exemption (b)(6)**<br><br>Only the names of those individuals in non-senior supervisory positions were withheld. **Exemption (b)(6)** |

| 27-28 | Portion of Internal Memorandum regarding preliminary investigation: Section entitled: Summary of the Auditor's Findings | (b)(2) (b) (5) (b) (6) | Internal information related to infrastructure disclosure of which could lead to potential circumvention of ATF operations. Specifically, how ATF conducts audits. **Exemption (b)(2)** <br><br> Intra-agency document entitlted "Summary of Auditor's Findings" which is subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction as it contains beliefs and thoughts of the auditors. This was an internal ATF matter conducted by internal auditors for the purpose of internal discussions. The summary was provided for decision-makers to determine first if there was an issue to be addressed and second to determine what steps should be taken next. **Exemption (b)(5)** <br><br> Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. **Exemption (b)(6)** |

| 70 | Internal Memorandum regarding preliminary investigation (Memoranda page 49) | (b) (5) (b) (6) | There are two parts to this page, first is an interview with an ATF employee (neither the Plaintiff nor anyone for whom a waiver was provided) who was involved in the investigation insofar as they had a specific duty associated with the underlying contract. This section includes third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. **Exemption (b)(6)** <br><br> The second part of the page is an interview with an auditor by the internal affairs investigator the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction as it contains beliefs and thoughts of the auditors and would inhibit the auditor program if released. In this instance the auditor was disclosing how inventories are reconciled for accuracy.  **Exemption (b)(5)** <br><br> Also, the third party names and identifying information contained on this part of the page and in an investigative personnel file would constitute a clearly unwarranted invasion of personal privacy if disclosed.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. **Exemption (b)(6)** |

| 71 | Internal Memorandum regarding preliminary investigation (Memoranda page 50) | (b) (5)<br>(b) (6) | There are two parts to this page, first is an interview with an ATF employee (neither the Plaintiff nor anyone for whom a waiver was provided) who was being asked by the internal affairs investigator about how ATF reconciles inventory.  The disclosure of which would have an inhibitive effect upon the development of policy and administrative direction as discusses the direction of an investigation.  **Exemption (b)(5)**<br><br>Furthermore, this section includes third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party.<br>**Exemption (b)(6)**<br><br>The second part of this page regards an interview with an auditor the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction as it contains beliefs and thoughts of the auditors and would inhibit the auditor program if released.  These conversations are follow-up to prior conversations in which the auditor revealed that prior beliefs about inventories were not accurate and that more work would need to be done to reconcile the inventories. **Exemption (b)(5)**<br><br>Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party.<br>**Exemption (b)(6)** |

| 72 | Internal Memorandum regarding preliminary investigation (Memoranda page 51) | (b) (5)<br>(b) (6) | The first part of this page is the continuation of the last pages interview with an auditor the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction as it contains beliefs and thoughts of the auditors and would inhibit the auditor program if released.  These conversations are follow-up to prior conversations in which the auditor revealed that prior beliefs about inventories were not accurate and that more work would need to be done to reconcile the inventories. **Exemption (b)(5)**<br><br>Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. **Exemption (b)(6)**<br><br>The second part of the page was a response to the investigator regarding how market value of some ATF property would be ascertained. This portion of the report is information that could be used to determine what direction the investigation would progress. **Exemption (b)(5)**<br><br>Also in this section are third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. **Exemption (b)(6)** |

| 77 | Internal Memorandum regarding preliminary investigation (Memoranda page 56) | (b) (5)<br>(b) (6) | The first part of this page is the continuation of the last pages internal affairs interview with an ATF employee the disclosure of which would reveal third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. **Exemption (b)(6)**<br><br>Also in this section are references to an EDS contract and issues regarding that particular contract and how these issues would be addressed in a new contract. This relates to internal Agency action regarding a contract. **Exemption (b)(5)**<br><br>The second part of the page was a follow-up response to the investigator regarding how market value of some ATF property was believed to be ascertained. This portion of the report is information that could be used to determine what direction the investigation would progress. **Exemption (b)(5)**<br><br>Also in this section are third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  The identifying information includes interview responses made to a special agent which are sensitive in nature and would reveal the identity of a third party. **Exemption (b)(6)** |
| 110 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits<br><br>**\*Released Additional Information** | (b)(2)<br>(b) (5)<br>(b) (6) | Internal information related to infrastructure disclosure of which could lead to potential circumvention of ATF operations. Provides what software ATF uses and how it is obtained. Those with computer backgrounds could potentially use this information to gain access to compromise ATF's network. **Exemption (b)(2)**<br><br> Intra-agency document which is subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Specifically, budget estimates for particular programs. **Exemption (b)(5)**<br><br>Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  **Exemption (b)(6 )** |

| 111 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits<br><br>**\*Released Additional Information** | (b) (5)<br>(b) (6) | Intra-agency document which is subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Specifically, budget estimates for particular programs and how the internal process works. **Exemption (b)(5)**<br><br>Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  **Exemption (b)(6 )** |
| 112 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits<br><br>**\*Released Additional Information** | (b)(2)<br>(b) (5)<br>(b) (6) | Internal codes related solely to the internal rules and practice of ATF. Internal information related to infrastructure disclosure of which could lead to potential circumvention of ATF operations. Specifically, how the budget is coded. **Exemption (b)(2)**<br><br>Intra-agency document which is subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. Specifically, budget estimates for particular programs and how the internal process works. This also includes specific estimated dollar amounts. **Exemption (b)(5)**<br><br>Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  **Exemption (b)(6)** |
| 113 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits<br><br>**\*Released Additional Information** | (b) (5)<br>(b) (6) | Intra-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction.  In this instance, internal discussions about a meeting and budget estimate documents. **Exemption (b)(5)**<br><br>Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  **Exemption (b)(6 )** |

| 114 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits  **\*Released Additional Information** | (b) (5) (b) (6) | Intra-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction.  In this instance, internal discussions about budget estimate documents and what funding priorities exist. **Exemption (b)(5)**  Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  **Exemption (b)(6)** |
| --- | --- | --- | --- |
| 115 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits  **\*Released Additional Information** | (b)(2) (b) (5) (b) (6) | Internal codes related solely to the internal rules and practice of ATF. Specifically, budget codes which provide no insight into government and are trivial. **Exemption (b)(2)**  Intra-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction.  In this instance, internal discussions about budget estimate documents and what funding priorities exist and how the process would work. **Exemption (b)(5)**  Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  **Exemption (b)(6)** |
| 116 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits  **\*Released Additional Information** | (b) (5) (b) (6) | Intra-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction.  In this instance, internal discussions about IT equipment and funding allocations for specific projects. **Exemption (b)(5)**  Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  **Exemption (b)(6)** |

| 117 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits  **\*Released Additional Information** | (b)(2) (b) (5) (b) (6) | Internal codes related solely to the internal rules and practice of ATF. Specifically, budget codes which provide no insight into government and are trivial. **Exemption (b)(2)**  Intra-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction.  In this instance, internal discussions about discrepancies between the quantities and amount billed on a particular invoice. **Exemption (b)(5)**  Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  **Exemption (b)(6 )** |
| --- | --- | --- | --- |
| 118 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits  **\*Released Additional Information** | (b) (5) (b) (6) | Intra-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction.  In this instance, internal discussions about discrepancies between the quantities and amount billed on a particular invoice and a separate discussion regarding the status of another invoice. **Exemption (b)(5)**  Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  **Exemption (b)(6 )** |
| 119 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits  **\*Released Additional Information** | (b) (5) (b) (6) | Intra-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction.  In this instance, internal discussions about the status of payments to an ATF contractor and the approval procedures for the contract. **Exemption (b)(5)**  Third party names and identifying information contained in an investigative personnel file the dis closure of which would constitute a clearly unwarranted invasion of personal privacy.  **Exemption (b)(6 )** |

| 120 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits<br><br>**\*Released Additional Information** | (b) (5)<br>(b) (6) | Intra-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction.  In this instance, internal discussions about the status of payments to an ATF contractor and the approval procedures for the contract. **Exemption (b)(5)**<br><br>Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  **Exemption (b)(6 )** |
| 121 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits<br><br>**\*Released Additional Information** | (b)(2)<br>(b) (5) | Internal codes related solely to the internal rules and practice of ATF. Specifically, ATF internal budget coding and numbers. **Exemption (b)(2)**<br><br>Alternatively,<br><br>Inter-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. In this instance, various cost amounts related to specific contracts. **Exemption (b)(5)** |
| 122 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits<br><br>**\*Released Additional Information** | (b)(2)<br>(b) (5) | I Internal codes related solely to the internal rules and practice of ATF. Specifically, ATF internal budget coding and numbers. **Exemption (b)(2)**<br><br>Alternatively,<br><br>Inter-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. In this instance, various cost amounts related to specific contracts. **Exemption (b)(5)** |
| 123 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits<br><br>**\*Released Additional Information** | (b)(2)<br>(b) (5) | Internal codes related solely to the internal rules and practice of ATF. Specifically, ATF internal budget coding and numbers. **Exemption (b)(2)**<br><br>Alternatively,<br><br>Inter-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. In this instance, various amounts related to specific contracts. **Exemption (b)(5 )** |

| 124 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits<br><br>**\*Released Additional Information** | (b)(2)<br>(b) (5)<br>(b) (6) | Internal codes related solely to the internal rules and practice of ATF. Specifically, ATF internal budget coding and numbers. **Exemption (b)(2)**<br><br>Alternatively,<br><br>Inter-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction. In this instance, various amounts related to specific contracts. **Exemption (b)(5 )**<br><br>And,<br><br>Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. **Exemption (b)(6)** |
| 125 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits<br><br>**\*Released Additional Information** | (b) (5)<br>(b) (6) | Intra-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction.  In this instance, a review of funding allocations and candid comments regarding some budget accountability. **Exemption (b)(5)**<br><br>Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  **Exemption (b)(6 )** |
| 126 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits<br><br>**\*Released Additional Information** | (b) (5)<br>(b) (6) | Intra-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction.  In this instance, internal discussions about allocations and expenditures including specific budget amounts and future amounts considered for a contract. **Exemption (b)(5)**<br><br>Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  **Exemption (b)(6 )** |

| 127 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits<br><br>**\*Released Additional Information** | (b) (5)<br>(b) (6) | Intra-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction.  In this instance, internal discussions about allocations and expenditures, specific budget processes, and the de-obligation of funds related to specific invoices. **Exemption (b)(5)**<br><br>Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  **Exemption (b)(6 )** |
| --- | --- | --- | --- |
| 128 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits<br><br>**\*Released Additional Information** | (b) (5)<br>(b) (6) | Intra-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction.  In this instance, internal discussions about the lease and maintenance cost of items associated with ATF's IT budget. Included in this is determining where and funds would be obligated. **Exemption (b)(5)**<br><br>Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  **Exemption (b)(6 )** |
| 129 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits<br><br>**\*Released Additional Information** | (b) (5)<br>(b) (6) | Intra-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction.  In this instance, a review of funding allocations and candid comments regarding some budget accountability and decisions. **Exemption (b)(5)**<br><br>Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  **Exemption (b)(6 )** |
| 130 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits<br><br>**\*Released Additional Information** | (b) (5)<br>(b) (6) | Intra-agency deliberations which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction.  In this instance, internal discussions about the how funds would be managed and the potential procurement of various new technologies. **Exemption (b)(5)**<br><br>Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  **Exemption (b)(6 )** |

| 131 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits<br><br>**\*Released Additional Information – No longer invoking Exemption (b)(5) on this page** | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. **Exemption (b)(6)** |
|---|---|---|---|
| 132 | E-mail – Provided by Plaintiff to ATF Internal Affairs as part of the investigation and included as Exhibits<br><br>**\*Released Additional Information – No longer invoking Exemption (b)(5) on this page** | (b) (6) | Third party names and identifying information contained in an investigative personnel file the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.  **Exemption (b)(6 )** |