December 28, 2005   7-Feb-06
06-394        JR

U.S. Dept of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
Freedom of Information Request Officer

In accordance with all current FOIA legislation and regulations please provide me with a copy of the final report of ATF investigation:  ROI #2005009 dated February 1, 2005. ATF O 8610.1A 48.A cites approval of availability. Additionally please provide all information media and/or documents provided to the Office of Professional Responsibility and Security Operations to include incident reports, interview notes, memoranda, E-mail or any other media carrying data related to this investigation at its inception, conduct and final decision-making. This information may be available from Larry Bell, Anthony Torres, Linda Cureton, Lois Loser, Iris Davis, Marguerite Moccia, Frances Frande and James Brabender. Office files in the custody of the EEO office may hold some of these records as well. The Electronic records systems are included in the FOIA in accordance with the 1996 Amendments to the FOIA, so please search the electronic records systems including email to and from investigators when carrying out this investigation.  The notes of interviews and documents reviewed but not relied upon are also requested herewith to include notes made during interviews conducted as a part of ROI #2005009. Specifically please include:

1.   Incident Report used to initiate the investigation ATF Form 8600.39 (formally ATF F 8400.1)

2.   ROI #2005009 Dated February 1, 2005.  Available from OPRSO

3.   The "analysis" referred to by Larry Bell in e-mail dated June 24, 2004 regarding over billings by Unisys.  Available from OPRSO.

4.   ROI documents received by OPRSO via Tony Torres, provided to him by Lois Loser   on or around June 22, 2004.  Available from OPRSO

5.  (Priority) All documents generated by ATF Auditor James Brabender's "Audit Activities" on Unisys Contract alleged overpayments previous to and after June 25, 2004. Available from Audit Services Division within OST.

6.  E-mail from Larry Bell addressed to Sheryl Hall directing her to "extend" herself to auditors and the team June 24, 2004 so the audit can be completed by July 2, 2004 as imposed by the Director.  Available from OST ISD/Operations Branch Electronic Search

7.  E-mail between Linda Cureton and Lois Loser 1 week prior to and 1 week after Dec. 29, 2003. Especially include email wherein e-mail is arriving or originating from private e-mail accounts bypassing ATF records systems. Available from OST ISD/Operations Branch Electronic Search

8.  All exhibits of any nature and any financial documents examined by investigators to include those referenced within ROI #2005009 and those not referenced.

     If any of the requested information is withheld please cite the exception upon which you rely. If deletions are made please use blackout, not whiteout. If costs are required to copy the requested documents please provide details of the costs and advise me if they will exceed $500.00 dollars. A telephone call is always acceptable 703-527-3688 anytime. If records are withheld please provide an appeal officer who is not a records author or receiver of documents requested in this FOIA. Please indicate acceptability of an 'in camera' review if further consideration is required.

Sincerely,

Donald Hall

Send all documents to my home address of 309 North Fillmore Street, Arlington, VA.  22201

**EXHIBIT A**