

# Judicial Watch
*Because no one is above the law!*

<u>**VIA FACSIMILE (202) 927-8866**
**AND U.S. MAIL**</u>

February 10, 2006

Averill P. Graham, Division Chief
Disclosure Division
BUREAU OF ALCOHOL, TOBACCO,
 FIREARMS AND EXPLOSIVES
650 Massachusetts Avenue, Room 8400
Washington, DC 20226

Re:   <u>**Freedom of Information Act Request No. 06-394 122000**</u>

Dear Sir/Madam:

    Judicial Watch, Inc. represents Mr. Donald Hall, who, on December 28, 2005, submitted a Freedom of Information Act request to the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") seeking access to records regarding AFT Report of Investigation No. 2005009, dated February 1, 2005, and other related matters.

    Mr. Hall subsequently received a letter dated January 18, 2006 requesting that he select a fee category and provide information about how he intended to use the requested records. Mr. Hall selected a fee category and provided the requested information to ATF, but, since doing so, has not received any responsive records or other communication from the agency.

    Please provide us with an update on the status of Mr. Hall's request. Thank you for your attention to this matter.

Sincerely,

JUDICIAL WATCH, INC.

*[signature]*

Paul J. Orfanedes

cc: Mr. Donald Hall                                       **EXHIBIT C**