

U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

FEB 1 3 2006

REFER TO: 06-394 AG
100060

Mr. Paul J. Orfanedes
Judicial Watch, Suite 725
501 School Street, SW
Washington, D.C. 20024

Washington, DC 20226
www.atf.gov

RE: Mr. Donald Hall

Dear Mr. Orfanedes:

This is in response to your letter dated February 10, 2006, wherein you state that that Judicial Watch represents, Mr. Donald Hall, who submitted a Freedom of Information Act (FOIA) request to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); further you state that Mr. Hall responded to our correspondence of January 18, 2006 pertaining to requester category, and has not had a response to date.

Before, we can discuss Mr. Hall with you or confirm the above, you must provide your clients notarized authorization to release their information to you, or proof of death will allow you maximum access to their information (if it exists). The Privacy Act prohibits a federal agency from releasing an individual's privacy act information to a third party requester without prior written notarized authorization from the subject of the record. Consequently your request is denied pursuant to FOIA exemption (b)(7)(C) constitute an unwarranted invasion of privacy. Without prior written notarized authorization from the subject of record, we can neither confirm nor deny that records exist, citing the "Glomar" denial.

If you deem this response to be a denial you have the right to file an administrative appeal by writing to the Office of Information And Privacy, Department of Justice, Flag building Suite 570, Washington, D.C. 20530-0001. Please refer to the numbers at the upper right of this letter, and state that your concerns are with ATF. Your appeal must be received within 60 days from the date of this letter.

Sincerely yours,

*Averill P. Graham*

Averill P. Graham
Chief, Disclosure Division

EXHIBIT D