U. S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Correspondence Approval and Clearance

FEB 2 2 2006

100060-AG

Mr. Paul J. Orfanedes
Judicial Watch
501 School Street, SW, Suite 725
Washington, District of Columbia 20024

Dear Mr. Orfanedes:

This is to acknowledge your Freedom of Information Act (FOIA) request to the Bureau
of Alcohol, Tobacco, Firearms and Explosives (ATF).

Your request was received on February 22, 2006, and has been assigned number 06-606;
a response will be mailed to you within 20 (twenty) business days from the date of
receipt.

Sincerely yours,

/s/

April Sands
Disclosure Assistant

**EXHIBIT F**

| Code | Initiator | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer | Reviewer |
|------|-----------|----------|----------|----------|----------|----------|----------|
| Surname | | | | | | | |
| Date | | | | | | | |

ATF Form 9310. 3A
Revised May 2004

*U.S. Government Printing Office. 2005—310-398/92303