JR.



# Judicial Watch

*Because no one is above the law!*



03-05-06
3 Apr-06
06-605

<u>**VIA FACSIMILE (202) 927-8866**</u>
<u>**AND U.S. MAIL**</u>

February 28, 2006

Averill P. Graham, Division Chief
Disclosure Division
BUREAU OF ALCOHOL, TOBACCO,
 FIREARMS AND EXPLOSIVES
650 Massachusetts Avenue, Room 8400
Washington, DC 20226

Re: <u>**Freedom of Information Act Request No. 06-394 122000**</u>

Dear Ms. Graham:

    This is in response to your letter of February 23, 2006 regarding the December 28, 2005 Freedom of Information Act request submitted by my clients, Donald and Sheryl Hall, to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I understand from your letter that ATF has received my clients' executed Certification of Identity and Authorization forms (Form DOJ-361) and requires no additional authorization from them to discuss the request with me.

    In your letter, you state that ATF is awaiting a response from Mr. Hall regarding his "requestor category." Mr. Hall advises me that, on or about January 23 or January 24, 2006, he spoke with Mr. Johnny Rosner, the disclosure specialist assigned to this request, and informed Mr. Rosner that he was electing to proceed under Category E, "All Other Requesters." Mr. Hall also advises me that he sent Mr. Rosner a confirming e-mail to this effect on or about that same date. If, for some reason, ATF does not have a record of Mr. Hall's earlier communications with Mr. Rosner, please consider this letter as confirmation of Mr. Hall's requestor category.

    Please also advise me as soon as possible if there is anything else ATF requires in order to complete the processing of Mr. and Mrs. Hall's request, as two months have now passed since the request was made and, as I am sure you are aware, AFT was required to respond within twenty (20) working days.

**EXHIBIT H**

501 School Street, SW • Suite 725 • Washington, DC 20024 • Tel: (202) 646-5172 • Fax: (202) 646-5199

Averill P. Graham
February 28, 2006
Page 2

    Thank you for your prompt attention to this matter.

Sincerely,

JUDICIAL WATCH, INC.

*[signature]*

Paul J. Orfanedes

cc: Donald and Sheryl Hall