

U.S. Department of Justice

Office of Information and Privacy

---

Telephone: (202) 514-3642     Washington, D.C. 20530

SEP 27 2006

Paul J. Orfanedes, Esq.
Judicial Watch
Suite 500
501 School Street SW.
Washington, DC 20024

Re: Appeal No. 06-2014
Request No. 06-665
KDC:ALB:CL

Dear Mr. Orfanedes:

You appealed on behalf of your client, Donald Hall, from the action of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on his request for access to records pertaining to ATF investigation "ROI # 2005009."

After carefully considering your appeal, I am affirming ATF's action on your client's request. ATF properly withheld from your client certain information that is protected from disclosure under the Freedom of Information Act pursuant to:

5 U.S.C. § 552(b)(2), which concerns matters that are related solely to internal agency practices;

5 U.S.C. § 552(b)(5), which concerns certain inter- and intra-agency communications protected by the deliberative process privilege; and

5 U.S.C. § 552(b)(6), which concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties.

With regard to the redactions on pages 9, 11, 13 and 37, this material was withheld pursuant to 5 U.S.C. § 552(b)(6).

If your client is dissatisfied with my action on your appeal, he may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director

EXHIBIT N