UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD HALL**       )<br>                       )<br>   **and**              )<br>                       )<br>**SHERYL HALL**        )<br>                       )<br>        **Plaintiffs,** )<br>                       )<br>   v.                  )<br>                       )<br>                       )<br>**UNITED STATES DEPARTMENT OF** )<br>**JUSTICE,**           )<br>                       )<br>        **Defendant.** )<br>_____) | **Electronic Filing**<br>**Civil Action No. 06-1540 (HHK)** |

ORDER

UPON CONSIDERATION of federal defendant's Motion for Summary Judgment, the opposition thereto, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED, that federal defendant's Motion for Summary Judgment should be, and it hereby is, granted, and that judgment shall be entered on behalf of the defendant. It is

FURTHER ORDERED, that this case is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE