IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL | ) |
| and | ) |
| SHERYL HALL. | ) Civil Action No. 06-1540 (HHK) |
| Plaintiffs, | ) |
| v. | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**PLAINTIFF'S SECOND MOTION TO ALTER OR AMEND BRIEFING SCHEDULE**

Plaintiffs, by counsel, respectfully submit this second motion to modify the current briefing schedule. As grounds therefor, Plaintiffs state as follows:

**MEMORANDUM OF LAW**

This is a Freedom of Information Act ("FOIA") lawsuit in which the plaintiffs seek disclosure of a Report of Investigation and related documents from the Bureau of Alcohol, Tobacco, Firearms and Explosives. The defendant moved for summary judgment. The Court denied the defendant's motion and directed the parties to submit a joint proposed case management plan. The Court then entered the parties' proposed briefing schedule, which originally provided for any dispositive motions to be filed by July 25, 2008.

On July 23, 2008, Defendant produced an amended Vaughn index in anticipation of filing its motion for summary judgment on July 25, 2008. However, during discussions on July 23-25, 2008, the parties conferred regarding the revised Vaughn index and the briefing schedule and agreed that modification of the briefing schedule would benefit both parties, and in the long run promote

judicial economy. During these discussions, Defendant stated that it would produce a supplemental affidavit in advance of filing its dispositive motion to help clarify for Plaintiffs what contested issues remain. The parties then requested that the Court modify the briefing schedule to allow for dispositive motions to be filed on August 22, 2008. The Court granted the parties' joint motion on July 29, 2008.

Since that time, Defendant has provided Plaintiffs with a supplemental affidavit, however, production of the affidavit took longer than the parties originally anticipated and Plaintiffs did not receive it until August 19, 2008. In addition, just yesterday, August 28, 2008, Plaintiffs received a new production from Defendant in the form of documents previously redacted in part that appear to disclose additional information. In light of this development, Plaintiffs propose that they be permitted to file any motion for summary judgment simultaneously with their opposition to Defendant's motion for summary judgment, which is presently due on October 2, 2008. Defendant consents to this arrangement, as long as Plaintiffs agree to any reasonable request from Defendant for additional time to file a reply.

WHEREFORE, Plaintiffs request that the briefing schedule entered by the court on August 25, 2008 be amended to provide for Plaintiffs filing a Motion for Summary Judgment along with Plaintiffs' opposition to Defendant's Motion for Summary Judgment on October 2, 2008. A proposed Order consistent with this motion is attached.

Respectfully submitted,

/s/ Jason B.Aldrich
D.C. Bar No. 495488
Suite 500
501 School Street, S.W.
Washington, DC  20024
Tel:    (202) 646-5172
Fax:    (202) 646-5199

Attorney for Plaintiffs