IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL ) <br> ) <br> and ) <br> ) <br> SHERYL HALL. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 06-1540 (HHK) |

**PROPOSED ORDER**

Upon consideration of the Plaintiffs' second motion to alter or amend the briefing schedule, it is on this _____ day of _____, 2008,

ORDERED that the parties adhere to the following briefing schedule:

Plaintiffs' Opposition to Defendant's Motion for Summary Judgment and Plaintiffs' Cross Motion for Summary Judgment shall be filed on or before October 2, 2008.

_____
Henry H. Kennedy, Jr.
UNITED STATES DISTRICT JUDGE