UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL, et al., | ) |
|         Plaintiffs, | ) |
|         v. | )    Civ. Action No. 06-1540 (HHK) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
|         Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette and remove the appearance of Assistant United States Attorney Charlotte A. Abel as counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/
ANDREA MCBARNETTE, DC Bar #483789
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7470