# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HALL ) | |
| ) | |
| and ) | |
| ) | |
| SHERYL HALL. ) | Civil Action No. 06-1540 (HHK) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## PROPOSED ORDER

Upon consideration of Defendant's Motion for Reconsideration, Plaintiffs' opposition thereto, and the entire record herein, it is on this _____ day of _____, 2008, hereby ORDERED that:

1.    Defendant's motion is denied.

 

_____
Henry H. Kennedy, Jr.
UNITED STATES DISTRICT JUDGE